DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAR 2'10AM10:03 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Stenslie, Paul R and
Stenslie, Debra J

Case No. 06-02668-PCW13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $844.11, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 1 | CHERRY LANE AUTO PLAZA<br>17124 E SPRAGUE AVE<br>SPOKANE VALLEY, WA  99016 | $844.11 |

Dated: February 25, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874012          3-2-10          $844.11